UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIREARMS EXCHANGE, LLC,

    Plaintiff,

v.                                          Case No. 08-14408
                                            Honorable Patrick J. Duggan

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES

    Defendant.
_____/

## **JUDGMENT**

Firearms Exchange, LLC ("Plaintiff") filed this petition for judicial review of the Bureau of Alcohol, Tobacco, Firearms and Explosives' ("ATF") revocation of its Federal Firearms License ("FFL"). The ATF revoked Plaintiff's FFL based on its finding that Plaintiff willfully violated the Gun Control Act of 1968, 18 U.S.C. §§ 921-928. In an Opinion and Order issued on this date, the Court concluded that the ATF's decision was authorized.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's petition for judicial review is **DISMISSED WITH PREJUDICE**.

DATE: May 27, 2009

                                        s/PATRICK J. DUGGAN
                                        UNITED STATES DISTRICT JUDGE

Copies to:
James T. Simmons, Esq.
Caleb Simon, Esq.
AUSA Derri T. Thomas